No. 93–7034.   IN RE ANDERSON; and

No. 93–7556.   IN RE MILLER.   Motions of petitioners for leave to proceed *in forma pauperis* denied.   See this Court's Rule 39.8. Petitioners are allowed until March 15, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–7333.   IN RE USHER;

No. 93–7344.   IN RE COLBERT;

No. 93–7365.   IN RE MICHALEK;

No. 93–7371.   IN RE RICE;

No. 93–7393.   IN RE MORROW;

No. 93–7444.   IN RE FLOWERS;

No. 93–7538.   IN RE HAYNES; and

No. 93–7607.   IN RE GAY.   Petitions for writs of habeas corpus denied.

No. 93–7101.   IN RE DANCY;

No. 93–7162.   IN RE FAIRLEY;

No. 93–7186.   IN RE MUHAMMED;

No. 93–7351.   IN RE BURKE; and

No. 93–7431.   IN RE O'CONNOR.   Petitions for writs of mandamus denied.

No. 93–6508.   IN RE GIBSON; and

No. 93–7102.   IN RE STEEL.   Petitions for writs of mandamus and/or prohibition denied.

No. 93–6993.   IN RE JOHNSON.   Petition for writ of prohibition denied.

No. 93–981.   UNITED STATES *v.* SHABANI.   C. A. 9th Cir. Certiorari granted.

No. 93–986.   MCINTYRE *v.* OHIO ELECTIONS COMMISSION. Sup. Ct. Ohio.   Certiorari granted.